■ In the Matter of ANDRE T. McCANTS, Appellant, v LUCIEN J. LE CLAIRE, as an Employee of the Department of Correctional Services, et al., Respondents. [786 NYS2d 746]—Appeal from a judgment of the Supreme Court (Lamont, J.), entered July 29, 2002 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondents denying his grievance.

Petitioner, while an inmate, commenced this CPLR article 78 proceeding challenging the denial of a grievance addressing the use of night lights in his cell. Inasmuch as petitioner has been released from prison, his challenge to the denial of his grievance is rendered moot (*see Matter of La Tour v New York State Dept. of Correctional Servs. Cent. Off. Review Comm.*, 5 AD3d 890, 891 [2004]).

Spain, J.P., Mugglin, Rose, Lahtinen and Kane, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.